Emil Boeger, Appellant, *v.* William F. Jacobs et al., Respondents.

Submitted October 26, 1942; decided October 29, 1942.

*William C. Chanler, Corporation Counsel (James Hall Prothero* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion.

Josephine Parkas, Appellant, *v.* Peter Parkas, Respondent.

Reported below, 265 App. Div. 802.
Submitted October 26, 1942; decided October 29, 1942.

*Frederick E. Klein* for motion.

*David P. Siegel* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.